FILED

06/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0189





# IN THE SUPREME COURT OF THE STATE OF MONTANA
# THE OFFICE OF THE CLERK OF SUPREME COURT
# HELENA, MONTANA 59620-3003

Supreme Court No.
DA 22-0189

DANNY LEE WARNER, JR.,

      Petitioner and Appellant,

    v.

STATE OF MONTANA,

      Respondent and Appellee.

**GRANT OF EXTENSION**

Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until August 8, 2022, to prepare, file, and serve the Appellant's brief.

DATED this June 30, 2022

Bowen Greenwood
Clerk of the Supreme Court

c:    Danny Lee Warner, Jr., Austin Miles Knudsen, Travis R. Ahner